

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| JAIME GONZALEZ, | | No. 08-18-00173-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 34th District Court |
| | § | |
| THE STATE OF TEXAS, | | Of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20110D03634) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court.  We therefore dismiss the appeal.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.